

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ALBERTO MONTELONGO,  §  No.08-16-00001-CR

Appellant,  §  Appeal from the

v.  §  243rd District Court

THE STATE OF TEXAS,  §  of El Paso County, Texas

State.  §  (TC# 20150D02224)

§

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 15, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Raquel Lopez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 15, 2022

IT IS SO ORDERED this 15th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.